**Order entered September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01047-CV

### KEITH HERVEY, Appellant

### V.

### RENT A CENTER AND RAC CORPORATION, Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00467-2019**

## ORDER

Before the Court is appellant's motion for extension of time to file his docketing statement. We **GRANT** the motion and deem the docketing statement filed September 19, 2019 timely filed.

/s/      KEN MOLBERG
         JUSTICE